# United States District Court
## Southern District of Georgia
### Brunswick Division



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

'05 AUG 24 P 3:58

CLARA AMMONS AND JAMES AMMONS   *

                  *     CASE NUMBER   CV 204-137

VS         *

JAJUGA STANLEY, JR.; ACE TRANSPORTATION, INC., DBA RAMAR TRANSPORTATION AND LIBERTY MUTUAL INSURANCE COMPANY   *

        *

        *

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

SO ORDERED, this 24th day of August, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

R. Cozart
T. Swift
B. Watkins

CASE NO: CV204-137
DATE SERVED: 8/25/05
SERVED BY: slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate